FILED

NOV 1 5 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. EP-18-_M_-_8371_ - _ATB_ |
| | § | |
| TYLER JAMES SUMLIN and | § | |
| JASON WAYNE JARVIS, | § | |
| | § | |
| Defendants. | § | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for violations of Title 18, United States Code, Section 922(a)(5), *Transferring a firearm to an out-of-state resident.*

2. Defendant, Jason Wayne Jarvis, has a prior criminal history.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
STANLEY M. SERWATKA
Assistant U.S. Attorney
Texas Bar #18038400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884